[No. 71467-8-I.   Division One.   February 21, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. EMYLL S. MATOS-RAMOS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-08186-7, Bill Bowman, J., entered January 23, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Becker and Schindler, JJ.

[No. 72114-3-I.   Division One.   February 21, 2017.]

WASHINGTON FEDERAL SAVINGS, *Respondent*, v. ALGO, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-07772-1, Regina S. Cahan, J., entered June 5, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Trickey, A.C.J., concurred in by Mann, J.; Leach, J., dissenting.

[No. 74048-2-I.   Division One.   February 21, 2017.]

SUSAN CAMICIA, *Respondent*, v. ANDREW G. COOLEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-29545-3, Laura C. Inveen, J., entered September 14, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Cox and Schindler, JJ.

[No. 74058-0-I.   Division One.   February 21, 2017.]

JOHN NORTON ET AL., *Appellants*, v. U.S. BANK NATIONAL ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-36431-5, Beth M. Andrus, J., entered September 11, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer and Spearman, JJ.